

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JAY L. JIM,

            Plaintiff,

v.

AITOR NARVIAZA, et al.,

            Defendants.

Case No. 3:19-cv-00179-MMD-CBC

ORDER

I. **DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Elko County Jail, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis for non-prisoners. (ECF No. 1, 1-1).

Plaintiff's application to proceed in forma pauperis is incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed in forma pauperis for prisoners and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has not done that. (See ECF No. 1). Therefore, the in forma pauperis application is denied without prejudice. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed in forma pauperis, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new

application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis* for prisoners and attach both an inmate account statement for the past six months and a properly executed financial certificate.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with both an inmate account statement for the past six months and a properly executed financial certificate in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: 4/4/2019

UNITED STATES MAGISTRATE JUDGE