UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAY L. JIM,<br><br>                 Plaintiff<br>    v.<br>AITOR NARVIAZA,<br><br>                 Defendants | Case No. 3:19-cv-00179-MMD-CLB<br><br>ORDER |

**I.  DISCUSSION**

Plaintiff, who is an inmate in the custody of the Elko County Detention Center, has filed a motion for a status check, two motions to amend his complaint, and a motion to correct a Defendant's name. (ECF Nos. 7, 9, 10, 11.) Plaintiff's motions to amend his complaint (ECF Nos. 9, 10) do not include proposed amended complaints, but rather appear to be supplemental claims that Plaintiff would like the Court to consider together with the claims in his complaint. The Court will not piecemeal Plaintiff's complaint together from multiple filings. Plaintiff's operative complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. As such, the Court denies the motions to amend the complaint (ECF Nos. 9, 10) and grants Plaintiff leave to file a fully complete first amended complaint within 30 days. If Plaintiff does not file a fully complete amended complaint, the court will screen his complaint (ECF No. 1-1) and will not consider any allegations in Plaintiff's motions to amend his complaint.

If Plaintiff chooses to file a first amended complaint, he is advised that a first amended complaint supersedes (replaces) the original complaint and, thus, the first amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims

in a subsequent amended complaint to preserve them for appeal). Plaintiff's first amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff must file the first amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "First Amended Complaint."

The Court grants Plaintiff's motion to correct Aitor Narvaiza's name (ECF No. 11). Plaintiff should use Aitor Narvaiza's correct name if he chooses to file an amended complaint. Plaintiff's case is in line for screening. After Plaintiff files an amended complaint, or the time period to file an amended complaint passes, the Court will screen Plaintiff's case. In light of this order, the Court denies Plaintiff's motion requesting a status update (ECF No. 7) as moot.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motions to amend the complaint (ECF Nos. 9, 10) are denied.

IT IS FURTHER ORDERED that, if Plaintiff chooses to file a first amended complaint, Plaintiff will file the first amended complaint within 30 days from the date of entry of this order.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his complaint and motions to amend the complaint (ECF No. 1-1, 9, 10). If Plaintiff chooses to file a first amended complaint, he must use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that, if Plaintiff does not timely file a first amended complaint, the Court will screen the original complaint (ECF No. 1-1) only and strike Plaintiff's motions to amend the complaint (ECF Nos. 9, 10) from the docket.

IT IS FURTHER ORDERED that, Plaintiff's motion to correct Aitor Narvaiza's name (ECF No. 11) is granted. The Clerk of the Court will correct Aitor Narvaiza's name in the caption for this case.

1    IT IS FURTHER ORDERED that, in light of this order, Plaintiff's motion for a status
2    updated (ECF No. 7) is denied as moot.

         DATED: December 9, 2019.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE